UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS GUY, ) | |
| ) | |
| Petitioner, ) | 2:11-cv-1809-GMN-RJJ |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| RENEE BAKER, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Curtis Guy, a Nevada prisoner sentenced to death.

In an order entered November 16, 2011, the court granted Guy's application to proceed *in forma pauperis*, subject to his supplementing his application with certain further information. *See* Order entered November 16, 2011 (docket #5). On December 16, 2011, Guy filed the supplemental information as directed (docket #9). The supplemental information filed by Guy confirms that he qualifies for *in forma pauperis* status; therefore, Guy will retain that status.

In the order entered November 16, 2011, the court also granted petitioner's motion for appointment of counsel, and appointed the Federal Public Defender for the District of Nevada (FPD) as his counsel, subject to notice from the FPD of its ability to represent petitioner. *See* Order entered November 16, 2011 (docket #5).

1   On December 16, 2011, the FPD filed notice of its acceptance of representation of the petitioner (docket #10).  Petitioner is represented by Assistant Federal Public Defender David Anthony (702-388-6577).

4   On November 21, 2011, the Nevada Attorney General's Office filed a notice of representation of the respondents (docket #7).  The respondents are represented by Deputy Attorney General Jared M. Frost (775-684-1272).

7   The court will set a status conference.  In advance of the conference, counsel for both petitioner and respondents will be expected to become familiar with the case, if they have not already done so.  During this time, counsel for petitioner should, if they have not already done so, meet with the petitioner, confer with the petitioner's previous counsel, and gather the case files and court records relative to this action.  Also, during this time, counsel for petitioner and counsel for respondents should confer regarding the anticipated course of proceedings in the action.  At the status conference, counsel for petitioner shall be prepared to advise the court whether the complete state-court record has been obtained, and, if not, what portions are missing, why they are missing, what efforts have been made to obtain them, and how long it will take to obtain them.  Counsel for petitioner and counsel for respondents shall be prepared to discuss the schedule for further litigation of this action.

18  **IT IS THEREFORE ORDERED THAT** a telephonic status conference is scheduled for **February 2, 2012, at 9:00 a.m.**  Counsel for petitioner and counsel for respondents shall call 702-868-4912, approximately five minutes before the commencement of the conference.

Dated this 19th day of December 2011.

_____
Gloria M. Navarro
United States District Judge