# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CURTIS GUY,

          Petitioner,

  v.

WILLIAM GITTERE, *et al.*,

          Respondents.

Case No.: 2:11-cv-1809-APG-NJK

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

[ECF No. 87]

      In this capital habeas corpus action, petitioner Curtis Guy, who is represented by appointed counsel, is due to file a second amended habeas petition by February 25, 2019. *See* Order entered November 26, 2018 (ECF No. 85). On February 15, 2019, Guy moved for a 21-day extension of time, to March 18, 2019, to file his second amended petition. ECF No. 87. Guy's counsel states that the extension is necessary because of her obligations in other cases. This would be the first extension of this deadline. The respondents do not oppose the motion. Good cause exists to for the extension of time so I will grant it.

      IT IS THEREFORE ORDERED that the petitioner's motion for extension of time **(ECF No. 87) is GRANTED**. The petitioner will have until **March 18, 2019** to file his second amended habeas petition.

      IT IS FURTHER ORDERED that, in all other respects, the schedule for further proceedings set forth in the order entered November 26, 2018 (ECF No. 85) will remain in effect.

      Dated: February 19, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE