**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CURTIS GUY,

    Petitioner,

v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 2:11-cv-01809-APG-NJK

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

(ECF NO. 97)

    In this capital habeas corpus action, the petitioner, Curtis Guy, who is represented by appointed counsel, filed a second amended habeas petition on March 18, 2019 (ECF No. 90). After two extensions of time, of 60 days and 31 days, Respondents were to respond to the second amended petition by September 16, 2019. *See* Order entered November 26, 2018 (ECF No. 85); Minute Order dated June 18, 2019 (ECF No. 94); Order entered August 14, 2019 (ECF No. 96).

    On September 16, 2019, Respondents filed a motion for extension of time (ECF No. 97), requesting a third extension of time, this one 30 days, to October 16, 2019, to respond to Guy's second amended petition. Respondents' counsel states that the extension of time is necessary because of the need to acquire and examine further documents from the state court record. Guy does not oppose this motion for extension of time.

    I find that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 97) is **GRANTED**. Respondents will have until and including **October 16, 2019**, to respond to Petitioner's second amended habeas petition.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered November 26, 2018 (ECF No. 85) will remain in effect.

Dated: September 17, 2019.

ANDREW P. GORDON,
UNITED STATES DISTRICT JUDGE