# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CURTIS GUY,

    Petitioner,

v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 2:11-cv-01809-APG-NJK

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

(ECF NO. 99)

    After three extensions of time (60 days, 31 days and 30 days) the respondents were to respond to the second amended petition by October 16, 2019. On that day, the respondents filed a motion for extension of time (ECF No. 99) requesting a fourth extension of time, this one 14 days. The respondents' counsel states that the extension is necessary because of personal matters and because of her obligations in other cases. Guy does not oppose.

    The respondents' motion is made in good faith and not solely for the purpose of delay, and there is good cause for the extension.

    I THEREFORE ORDER that the respondents' Motion for Enlargement of Time **(ECF No. 99) is GRANTED**. The respondents will have until October 30, 2019 to respond to Guy's second amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered November 26, 2018 (ECF No. 85) will remain in effect.

    Dated: October 17, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE