# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CURTIS GUY,

    Petitioner,

v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 2:11-cv-01809-APG-NJK

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

(ECF No. 101)

    After four extensions of time (60 days, 31 days, 30 days and 14 days) the respondents were to respond to the second amended petition by October 30, 2019. On that day, the respondents filed a motion for extension of time (ECF No. 101) requesting another extension of time, this one five days. The respondents' counsel states that the extension is necessary because of illness and a computer server outage at her office. Guy does not oppose.

    The respondents' motion is made in good faith and not solely for the purpose of delay, and there is good cause for the extension.

    I THEREFORE ORDER that the respondents' Motion for Enlargement of Time **(ECF No. 101) is GRANTED.** The respondents will have until November 4, 2019, to respond to Guy's second amended habeas petition. In all other respects, the schedule for further proceedings set forth in the November 26, 2018 order (ECF No. 85) will remain in effect.

    Dated: October 31, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE