# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS GUY,<br><br>            Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>            Respondents. | Case No.: 2:11-cv-01809-APG-NJK<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>(ECF No. 107) |

In this capital habeas corpus action, the respondents filed a motion to dismiss on November 4, 2019. ECF No. 105. Petitioner Curtis Guy's response to that motion is due on January 3, 2020. *See* ECF No. 85 (60 days for response).

On December 30, 2019, Guy's counsel moved for an extension of the response deadline, until April 3, 2020, a 91-day extension. ECF No. 107. Guy's counsel states that the extension is necessary because she is new to the case (although she has co-counsel, who is not new to the case), and because of her and co-counsel's obligations in other cases. The respondents do not oppose the extension of time.

Guy's motion is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time. I will grant it. However, considering the amount of time that Guy will have had to respond to this motion to dismiss—about five months—I will not look favorably upon any motion to further extend this deadline, and I will not be inclined to grant any such motion.

I THEREFORE ORDER that petitioner Curtis Guy's Motion for Extension of Time **(ECF No. 107) is GRANTED.** Guy will have up to April 3, 2020, to respond to the motion to

/ / / /

dismiss. In all other respects, the schedule for further proceedings set forth in my November 26, 2018 order (ECF No. 85) will remain in effect.

Dated: January 2, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE