UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS GUY,<br><br>                Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>                Respondents. | Case No.: 2:11-cv-01809-APG-NJK<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>(ECF No. 113) |

      The respondents filed a motion to dismiss on November 4, 2019. ECF No. 105. Petitioner Curtis Guy filed an opposition to that motion on April 3, 2020. ECF No. 111. The respondents' reply was due on May 4, 2020. *See* Order entered November 26, 2018 (ECF No. 85) (30 days for reply). The respondents moved for a 45-day extension of time, to June 18, 2020, for their reply. ECF No. 113. The respondents' counsel states that the extension of time is necessary because of her obligations in other cases and because of delays caused by the COVID-19 pandemic. Guy does not oppose the extension of time. The motion is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time.

      I THEREFORE ORDER that the respondents' Motion for Enlargement of Time **(ECF No. 113) is GRANTED.** The respondents will have until June 18, 2020 to file a reply in support of their motion to dismiss. In all other respects, the schedule for further proceedings set forth in the November 26, 2018 order (ECF No. 85) remain in effect.

      Dated: May 5, 2020.

                                                                     _____<br>
                                                                    ANDREW P. GORDON<br>
                                                                    UNITED STATES DISTRICT JUDGE