UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CURTIS GUY,

    Petitioner,

v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No.: 2:11-cv-01809-APG-NJK

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

(ECF No. 117)

  In this capital habeas corpus action, the respondents filed a motion to dismiss (ECF No. 105) on November 4, 2019. Petitioner Curtis Guy filed an opposition to that motion (ECF No. 111) on April 3, 2020. The respondents' reply was then due on May 4, 2020. *See* Order entered November 26, 2018 (ECF No. 85) (30 days for reply). I later granted the respondents' motion to extended the due date for the reply by 45 days, to June 18, 2020. *See* Order entered May 5, 2020 (ECF No. 114).

  On June 1, 2020, Guy moved for leave to conduct discovery (ECF No. 115) and for an evidentiary hearing (ECF No. 116). The respondents' response to those motions will be due with their reply in support of their motion to dismiss. *See* Order entered November 26, 2018 (ECF No. 85).

  On June 18, 2020, the respondents again moved for an extension of time (ECF No. 117), requesting until August 3, 2020 for their reply. The respondents' counsel states that the extension is necessary because of her obligations in other cases and because of administrative duties related to the COVID-19 pandemic. Guy does not oppose the extension.

  The respondents' motion is made in good faith and not solely for the purpose of delay, and there is good cause for the extension. I will grant the extension of time. However, in view

of the amount of time the respondents will have had for these filings, I am not inclined to grant any further extension of this deadline absent extraordinary circumstances.

I THEREFORE ORDER that the respondents' Motion for Enlargement of Time **(ECF No. 117) is GRANTED.** The respondents will have until August 3, 2020 to file a reply in support of their motion to dismiss, a response to the motion for leave to conduct discovery, and a response to the motion for evidentiary hearing. In all other respects, the schedule for further proceedings set forth in the order November 26, 2018 order (ECF No. 85) will remain in effect.

Dated: June 22, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE