**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CURTIS GUY, | Case No.: 2:11-cv-01809-APG-NJK |
| Petitioner | **Order Granting Motion to Extend Time** |
| v. | [ECF No. 121] |
| WILLIAM GITTERE, et al., | |
| Respondents | |

I ORDER that respondents' motion to extend time **(ECF No. 121) is GRANTED**. The respondents shall have up to and including August 24, 2020, in which to file the reply in support of the motion to dismiss (ECF No. 105) petitioner Curtis Guy's amended petition (ECF No. 90), and responses to the motion for evidentiary hearing (ECF No. 116) and motion for discovery (ECF No. 115). Because this is the fourth request for an extension, there will be no further extensions absent extraordinary circumstances.

DATED this 11th day of August, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE