**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CURTIS GUY,<br><br>    Petitioner<br><br>v.<br><br>WILLIAM GITTERE, et al.,<br><br>    Respondents | Case No.: 2:11-cv-01809-APG-NJK<br><br>**Order Granting Fifth Motion to Extend Time**<br><br>[ECF No. 123] |

I ORDER that the respondents' fifth motion to extend time **(ECF No. 123) is GRANTED**. The respondents shall have until August 28, 2020 in which to file their reply in support of the motion to dismiss (ECF No. 105) petitioner Curtis Guy's amended petition (ECF No. 90), and responses to the motion for evidentiary hearing (ECF No. 116) and motion for discovery (ECF No. 115).

DATED this 25th day of August, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE