**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CURTIS GUY,<br><br>                Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>                Respondents. | Case No.: 2:11-cv-01809-APG-NJK<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>(ECF No. 131) |

    In this capital habeas corpus action, the respondents were due to file their answer by May 14, 2021. *See* Order entered January 15, 2021 (ECF No.130). On May 14, 2021, Respondents filed a motion for extension of time (ECF No. 131), requesting a 60-day extension of time, to July 13, 2021. Respondents' counsel states that the extension of time is necessary primarily because of her obligations in other cases. The petitioner does not oppose the motion for extension of time. Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time.

    I THEREFORE ORDER that Respondents' Motion for Enlargement of Time **(ECF No. 131) is GRANTED.** Respondents will have until and including July 13, 2021, to file their answer. In all other respects, the schedule for further proceedings set forth in the order entered November 26, 2018 (ECF No. 85) will remain in effect.

    Dated: May 17, 2021

                                                                                       _____
                                                                                      ANDREW P. GORDON
                                                                                      UNITED STATES DISTRICT JUDGE