**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CURTIS GUY, <br><br> Petitioner, <br><br> v. <br><br> WILLIAM GITTERE, *et al.*, <br><br> Respondents. | Case No.: 2:11-cv-01809-APG-NJK <br><br> **ORDER GRANTING MOTION FOR EXTENSION OF TIME** <br><br> (ECF No. 133) |

In this capital habeas corpus action, after an initial period of 119 days, and then a 60-day extension, the respondents were due to file their answer by July 13, 2021. *See* Order entered January 15, 2021 (ECF No. 130) (initial 119-day period for answer); Order entered May 17, 2021 (ECF No. 132) (60-day extension). On July 13, 2021, Respondents filed a motion for extension of time (ECF No. 133), requesting a further 62-day extension of time, to September 13, 2021. Respondents' counsel states that the extension of time is necessary primarily because of her obligations in other cases. The petitioner does not oppose the motion for extension of time. Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time.

I THEREFORE ORDER that Respondents' Motion for Enlargement of Time **(ECF No. 133) is GRANTED.** Respondents will have until and including September 13, 2021, to file their answer. In all other respects, the schedule for further proceedings set forth in the order entered November 26, 2018 (ECF No. 85) will remain in effect.

Dated: July 14, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE