# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CURTIS GUY,

    Petitioner,

v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No.: 2:11-cv-01809-APG-NJK

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

(ECF No. 135)

    In this capital habeas corpus action, after an initial period of 119 days, and extensions of 60 and 62 days, the respondents were due to file their answer by September 13, 2021. *See* Order entered January 15, 2021 (ECF No. 130) (initial 119-day period); Order entered May 17, 2021 (ECF No. 132) (60-day extension); Order entered July 14, 2021 (ECF No. 134) (62-day extension). On September 13, 2021, Respondents filed a motion for extension of time (ECF No. 134), requesting a further 45-day extension, to October 28, 2021. Respondents' counsel states that the extension is necessary because of her obligations in other cases. The petitioner does not oppose the motion. Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time.

    I THEREFORE ORDER that Respondents' Motion for Enlargement of Time **(ECF No. 135) is GRANTED.** Respondents will have until and including October 28, 2021, to file their answer. In all other respects, the schedule for further proceedings set forth in the order entered November 26, 2018 (ECF No. 85) will remain in effect.

    Dated: September 14, 2021

                                                             _____
                                                            ANDREW P. GORDON
                                                            UNITED STATES DISTRICT JUDGE