**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CURTIS GUY,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　　　　　Respondents. | Case No.: 2:11-cv-01809-APG-NJK<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>(ECF No. 141) |

　　　　In this capital habeas corpus action, after an initial period of 119 days, and extensions of 60, 62, 45, 32 and 45 days, the respondents were due to file their answer to Petitioner Curtis Guy's second amended habeas petition by January 13, 2022. *See* Order entered January 15, 2021 (ECF No. 130) (initial 119-day period); Order entered May 17, 2021 (ECF No. 132) (60-day extension); Order entered July 14, 2021 (ECF No. 134) (62-day extension); Order entered September 14, 2021 (ECF No. 136) (45-day extension); Order entered November 1, 2021 (32-day extension); Order entered November 30, 2021 (45-day extension).

　　　　On January 13, 2022, Respondents filed a motion for extension of time (ECF No. 141), requesting a further 14-day extension, to January 27, 2022. Respondents' counsel states that the extension is necessary because of delay caused by administrative matters at the office of the Nevada Attorney General. The petitioner does not oppose the motion. Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time. I will grant this motion for extension of time.

　　　　The second amended petition was filed on March 18, 2019 (ECF No. 90). Respondents filed a motion to dismiss on November 4, 2019 (ECF No. 105). The motion to dismiss was resolved on January 15, 2021 (ECF No. 130). Respondents will have had over a year to file their

answer following the resolution of the motion to dismiss. I will not look favorably upon any motion to further extend this deadline.

I THEREFORE ORDER that Respondents' Motion for Enlargement of Time **(ECF No. 141) is GRANTED.** Respondents will have until and including January 27, 2022, to file their answer. In all other respects, the schedule for further proceedings set forth in the order entered November 26, 2018 (ECF No. 85) will remain in effect.

Dated:  January 14, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE