UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS GUY,<br><br>              Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>              Respondents. | Case No.: 2:11-cv-01809-APG-NJK<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>(ECF No. 149) |

     In this capital habeas corpus action, after an initial period of 119 days, and extensions of 60, 62, 45, 32, 45, 14 and 27 days (a total of 404 days), the respondents were due to file their answer to Petitioner Curtis Guy's second amended habeas petition by February 23, 2022. *See* Order entered January 15, 2021 (ECF No. 130) (initial 119-day period); Order entered May 17, 2021 (ECF No. 132) (60-day extension); Order entered July 14, 2021 (ECF No. 134) (62-day extension); Order entered September 14, 2021 (ECF No. 136) (45-day extension); Order entered November 1, 2021 (ECF No. 138) (32-day extension); Order entered November 30, 2021 (ECF No. 140) (45-day extension); Order entered January 14, 2022 (ECF No. 142) (14-day extension); Order entered January 28, 2022 (ECF No. 145) (27-day extension).

     On February 23, 2022, Respondents filed a motion for extension of time (ECF No. 149), requesting a further 5-day extension, to February 28, 2022. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for an extension of time. I will grant this motion for extension of time. *I do not intend to further extend this deadline absent extraordinary circumstances.*

///

///

Considering the complexity of this case, and the time the respondents have taken to file their answer, I will, *sua sponte*, further extend, to 200 days, the time for Guy to file his reply to the answer.

I THEREFORE ORDER that Respondents' Motion for Enlargement of Time **(ECF No. 149) is GRANTED.** Respondents will have until and including February 28, 2022, to file their answer. Petitioner will then have 200 days to file his reply. In all other respects, the schedule for further proceedings set forth in the order entered November 26, 2018 (ECF No. 85) will remain in effect.

Dated: February 25, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE