# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CURTIS GUY,

        Petitioner,

v.

WILLIAM GITTERE, *et al.*,

        Respondents.

Case No.: 2:11-cv-01809-APG-NJK

**ORDER**

In this capital habeas corpus action, the respondents filed an answer (ECF No. 151) on February 28, 2022. I ordered that Petitioner Guy had 200 days from the filing of the answer to file a reply. ECF No. 150.

On May 23, 2022, the United States Supreme Court decided *Shinn v. Ramirez*, ___ S.Ct. ___, 2022 WL 1611786 (May 23, 2022). It appears that *Shinn* may affect the parties' positions with respect to certain of Guy's claims. I will, therefore, grant Respondents an opportunity to amend their answer to address any effects of *Shinn*, and I will, concomitantly, set a new schedule for Guy to file his reply.

The amended answer will be treated as superseding the answer previously filed (ECF No. 151). Therefore, Respondents should draft their amended answer to be complete within itself, without reference to the previously filed answer.

I THEREFORE ORDER that Respondents will have 60 days from the date of this order to file an amended answer. Petitioner will have 150 days from the filing of the amended answer, or from the due date for the amended answer if Petitioner does not file one, to file a reply. In all other respects, the schedule for further proceedings set forth in the order entered November 26, 2018 (ECF No. 85) will remain in effect.

I FURTHER ORDER that, pursuant to Federal Rule of Civil Procedure 25(d), William Reubart is substituted for William Gittere as the respondent warden, and Aaron Ford is substituted for Catherine Cortez Masto as the respondent attorney general. The Clerk of the Court is directed to update the docket to reflect these changes.

Dated: May 25, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE