# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CURTIS GUY,

    Petitioner,

v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No.: 2:11-cv-01809-APG-NJK

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

(ECF No. 154)

In this capital habeas corpus action, the respondents were due to file an amended answer to Petitioner Curtis Guy's second amended habeas petition by July 25, 2022. *See* Order entered May 25, 2022 (ECF No. 152) (60 days to file amended answer).

On July 25, 2022, Respondents filed a motion for extension of time (ECF No. 154), requesting a 60-day extension, to September 23, 2022. Respondents' counsel states that the extension of time is necessary because she was only assigned this case in May 2022, and because of her obligations in other cases. Respondents' counsel represents that the petitioner does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

I THEREFORE ORDER that Respondents' Motion for Enlargement of Time **(ECF No. 154) is GRANTED.** Respondents will have until and including September 23, 2022, to file their amended answer.

Dated: July 27, 2022

                                                            _____
                                                            ANDREW P. GORDON
                                                            UNITED STATES DISTRICT JUDGE