UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS GUY,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No.: 2:11-cv-01809-APG-NJK<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME**<br><br>(ECF No. 156) |

  In this capital habeas corpus action, after a 60-day initial period (*see* ECF No. 152) and a 60-day extension of time (ECF No. 156), the respondents were due to file an amended answer to Petitioner Curtis Guy's second amended habeas petition by September 23, 2022.

  On September 23, 2022, Respondents filed a motion for extension of time (ECF No. 156), requesting a further 45-day extension, to November 7, 2022. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. Respondents' counsel represents that the petitioner does not oppose the motion for extension of time. I find that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

  I THEREFORE ORDER that Respondents' Motion for Enlargement of Time **(ECF No. 156) is GRANTED.** Respondents will have until and including November 7, 2022, to file their amended answer.

  Dated:  September 23, 2022

                       _____
                       ANDREW P. GORDON
                       UNITED STATES DISTRICT JUDGE