**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CURTIS GUY,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　　　　　Respondents. | Case No.: 2:11-cv-01809-APG-NJK<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME**<br><br>(ECF No. 158) |

　　　　In this capital habeas corpus action, after a 60-day initial period (*see* ECF No. 152), a 60-day extension of time (ECF No. 155) and a 45-day extension of time (ECF No. 157), the respondents were due to file an amended answer to Petitioner Curtis Guy's second amended habeas petition by November 7, 2022.

　　　　On November 7, 2022, Respondents filed a motion for extension of time (ECF No. 158), requesting a further 14-day extension, to November 21, 2022. Respondents' counsel states that the extension of time is necessary because of her administrative duties at the Attorney General's office, and because her supervisor has been away from the office for an extended period of time. Respondents' counsel represents that the petitioner does not oppose the motion for extension of time, and that she believes this will be the last motion to extend this deadline. I find that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///

///

///

///

I THEREFORE ORDER that Respondents' Motion for Enlargement of Time **(ECF No. 158) is GRANTED.** Respondents will have until and including November 21, 2022, to file their amended answer.

Dated: November 8, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE