# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS GUY,<br><br>                Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>                Respondents. | Case No.: 2:11-cv-01809-APG-NJK<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME**<br><br>(ECF No. 162) |

      In this capital habeas corpus action, the respondents filed an amended answer on November 17, 2022 (ECF No. 160) pursuant to the order entered May 26, 2022 (ECF No. 152). Petitioner Curtis Guy, who is represented by appointed counsel, was then due to file a reply by April 17, 2023. (*See* ECF No. 152 (150 days for reply) (April 16 is a Sunday).)

      On April 12, 2023, Guy filed a motion for extension of time (ECF No. 162), requesting an extension of time to May 31, 2023—a 44-day extension—to file his reply. Guy's counsel states that the extension of time is necessary because of her obligations in other cases and her supervisory duties at the office of the Federal Public Defender for the Central District of California. This would be the first extension of this deadline. Guy's counsel represents that the respondents do not oppose the motion for extension of time. I find that Guy's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

      I THEREFORE ORDER that Petitioner's Motion for Enlargement of Time **(ECF No. 162) is GRANTED.** Petitioner will have until and including **May 31, 2023**, to file his reply.

///

///

///

I FURTHER ORDER that, pursuant to Federal Rule of Civil Procedure 25(d), William Gittere is substituted for William Reubart, as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

Dated: April 13, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE