UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS GUY,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　　　　　Respondents. | Case No.: 2:11-cv-01809-APG-NJK<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME**<br><br>(ECF No. 165) |

　　　In this capital habeas corpus action, the respondents filed an amended answer on November 17, 2022 (ECF No. 160) pursuant to the order entered May 26, 2022 (ECF No. 152). Petitioner Curtis Guy, who is represented by appointed counsel, filed a reply to the answer on May 31, 2023 (ECF No. 164). Respondents were then due to file a response to Guy's reply by July 17, 2023. (*See* ECF No. 85 (45 days for reply) (July 15 is a Saturday).)

　　　On July 13, 2023, Respondents filed a motion for extension of time (ECF No. 165), requesting an extension of time to August 28, 2023—a 42-day extension—to file their response to Guy's reply. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. This would be the first extension of this deadline. Respondents' counsel represents that Guy does not oppose the motion for extension of time. I find that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///

///

///

///

I THEREFORE ORDER that Respondents' Motion for Enlargement of Time **(ECF No. 165) is GRANTED.** Respondents will have until and including **August 28, 2023**, to file their response to Petitioner's reply.

Dated:  July 14, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE